Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts

Petition and Affidavit for Warrant or Summons for Offender Under Supervision

*Received 9-9-05 M. Johan Deputy Clerk*

**DO NOT SCAN**

*05CR10208-RGS*

**Name of Offender:** Jon Chapman                     **Case Number:**

**Name of Original Sentencing Judicial Officer:**   Honorable Joseph A. DiClerico, Jr.
                                                     U.S. District Judge
                                                     District of New Hampshire

**District of MA Sentencing Judicial Officer:**     Honorable Judge Richard G. Stearns

**Date of Original Sentence:** 8/23/00

**Original Offense:**   Conspiracy to Possess with Intent to Distribute Cocaine
                        21 USC §§ 846 and 841 [a][1].

**Original Sentence:** 57 Months CAG, 36 Months Supervised Release with Special Conditions

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 1/6/03

**Asst. U.S. Attorney:** ~~To be assigned~~ AUSA Gallagher    **Defense Attorney:** ~~To be assigned~~ Steve Hrones

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Standard condition that the defendant not commit another federal, state or local crime.** |

On 9/6/05, the probation office became aware that the defendant had been arrested by the State Police, South Boston Division, on 9/2/05. A police report regarding this matter was obtained which indicated that at approximately 11:00 am on 9/2/05, State Police personnel observed the defendant impeding traffic at the intersection of Dorchester St and Dorchester Ave. in Boston. The defendant operating a Toyota was stopped at a green light and did not move even when other motorists blew their horns. The State Police Officer approached the vehicle while noticing the defendant's license plate was affixed with only one screw and the windshield had been smashed. The officer asked the defendant for his license and registration, to which the defendant replied that the vehicle was not registered. The officer also observed a needle and syringe in plain view in the front compartment in plain view. When asked about the needle and syringe the defendant reported to the officer that he was a diabetic. The offender also reported to the officer that he did note have any previous narcotic arrests.

Jon Chapman — - 2 - — **Petition and Affidavit for Warrant or Summons**
Case Number: **for Offender Under Supervision**
Prob 12C

    Seated in the passenger seat of the vehicle was John Degrandis, DOB 1/30/65. John Degrandis advised the State Trooper the he had spent time in jail for bank robbery. The trooper's warrant check revealed Jon chapman had an active warrant from the Framingham District Court. The defendant was arrested at that time.

    Additionally, Mr. Degrandis reported to the officer that there was a small amount of heroin in the glove compartment of Chapman's car. The State Trooper located a small brown paper folded package which contained brown powdery substance believed to be heroin.

2    **Violation of Standard Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia released to such substances, except as prescribed by a physician.**

    Mr. Degrandis reported to the officer that there was a small amount of heroin in the glove compartment of Chapman's car. The State Trooper located a small brown paper folded package which contained brown powdery substance believed to be heroin.

3    **Violation Standard Condition #9: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**

    Jon Chapman was arrested while associating with John Degrandis. John Degrandis has a felony record for bank robbery.

4    **The offender shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**

    Jon Chapman has not informed the probation office of his arrest on 9/2/05.

U.S. Probation Officer Recommendation: The probation officer recommends that a warrant be issued for the offender's arrest at this time.

    The term of supervision should be:
        [X]    Revoked
        [ ]    Extended for year(s), for a total term of years.

[ ]    The conditions of supervision should be modified as follows:

Jon Chapman  
Case Number:  
Prob 12C

- 3 -

**Petition and Affidavit for Warrant or Summons for Offender Under Supervision**

Reviewed/Approved by:

I declare under penalty of perjury that the foregoing is true and correct.  
Respectfully submitted,

*/s/ H Britto*  
Julius H. Britto  
Supervising U.S. Probation Officer

By   */s/ H Britto (for)*  
Andrew J. Laudate  
U.S. Probation Officer  
Date: 9/7/05

**THE COURT ORDERS**  
[ ] No Action  
[✓] The Issuance of a Warrant  
[ ] The Issuance of a Summons  
[ ] Other

*/s/ Richard G. Stearns*  
Signature of Judicial Officer

9-9-05.  
Date