AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  Massachusetts

UNITED STATES OF AMERICA

V.

Jon Chapman

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05-10208-RGS

I, Jon Chapman , charged in a ☐ complaint ☒ petition pending in this District  Massachusetts

in violation of _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_9/21/05_
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant