UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                CRIMINAL NO. 05-10208-RGS

JON CHAPMAN
U. S. Marshal No. 15686-038

## JUDGMENT AND COMMITMENT ORDER RE: VIOLATIONS OF SUPERVISED RELEASE

STEARNS, DJ.                                                   SEPTEMBER 30, 2005

THE ABOVE-NAMED DEFENDANT, JON CHAPMAN, APPEARED BEFORE THIS COURT ON SEPTEMBER 28, 2005 FOR A HEARING ON VIOLATIONS OF CONDITIONS OF HIS SUPERVISED RELEASE. THE DEFENDANT WAS REPRESENTED BY STEPHEN HRONES, ESQ. THE GOVERNMENT WAS REPRESENTED BY NEIL GALLAGHER, ASSISTANT U. S. ATTORNEY, AND THE PROBATION DEPARTMENT WAS REPRESENTED BY U. S. PROBATION OFFICER ANDREW LAUDATE.

THE COURT NOTIFIED THE DEFENDANT OF HIS RIGHT TO AN EVIDENTIARY HEARING, AND THE DEFENDANT PROCEEDED TO STIPULATE TO ALL SIX VIOLATIONS CONTAINED IN BOTH PETITIONS FILED BY THE U. S. PROBATION OFFICER. THIS COURT, THEREFORE, FOUND THAT THE DEFENDANT DID COMMIT SAID VIOLATIONS AND SENTENCED THE DEFENDANT AS FOLLOWS:

### O R D E R

THE DEFENDANT'S PRESENT TERM OF SUPERVISED RELEASE IS

HEREBY <u>REVOKED.</u>

THE DEFENDANT, JON CHAPMAN, IS HEREBY COMMITTED TO THE CUSTODY OF THE U. S. BUREAU OF PRISONS FOR A PERIOD OF ONE YEAR AND ONE DAY TO BE SERVED.  THE COURT MAKES A JUDICIAL RECOMMENDATION TO THE BUREAU OF PRISONS THAT THE DEFENDANT BE TREATED FOR HIS GOUT CONDITION.  UPON RELEASE FROM INCARCERATION, THE DEFENDANT SHALL BE PLACED ON SUPERVISED RELEASE FOR A PERIOD OF 23 MO NTHS AND 29 DAYS, WITH THE FOLLOWING <u>SPECIAL CONDITIONS:</u>

1. Immediately upon release from incarceration, the defendant shall report to the Coolidge House where he is ordered to serve 6 months in residence at the Coolidge House and obey all the rules and regulations of that facility;
2. The defendant shall not commit another Federal, State or local crime while on Supervised Release;
3. The defendant shall submit to one drug test within 15 days of release from prison, and at least two (2) periodic drug tests thereafter, not to exceed 104 drug tests per year, as directed by the U. S. Probation Officer;
4. The defendant shall participate in a substance abuse outpatient or inpatient program as directed by the U. S. Probation Officer, which program may include random drug testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of drugs or alcohol;
5. The defendant shall provide the Probation Officer access to any financial information if requested;
6. The defendant shall not purchase or possess a firearm or any other dangerous weapon.

SO ORDERED.

_____
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE