UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 05-10208-RGS

JON CHAPMAN

# ORDER OF APPOINTMENT OF THE FEDERAL DEFENDER'S OFFICE

**STEARNS, DJ.**  **JULY 18, 2008**

THIS COURT HAVING DETERMINED THAT THE ABOVE-NAMED DEFENDANT IS INDIGENT AND CANNOT AFFORD TO RETAIN HIS OWN COUNSEL,

IT IS HEREBY ORDERED THAT THE OFFICE OF THE FEDERAL DEFENDER (Stylianus Sinnis, Esq.), 408 ATLANTIC AVE., BOSTON, MA  02210 BE APPOINTED TO REPRESENT THE DEFENDANT, JON CHAPMAN, IN ALL PROCEEDINGS RELATING TO VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE PENDING BEFORE THIS COURT.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
_____
**Deputy Clerk**